170 So. 72

## COMMERCIAL CASUALTY INS. CO. v. Henry M. CROWDER.

### 6 Div. 3.

Supreme Court of Alabama.

Oct. 8, 1936.

London & Yancey and Fred G. Koenig, Sr., all of Birmingham, for petitioner.

Cabaniss & Johnston, of Birmingham, for respondent.

KNIGHT, Justice.

Petition of the Commercial Casualty Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Commercial Casualty Ins. Co. v. Crowder, 170 So. 71.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.